WILLIAM J. OLIVER, an Infant, by MARY A. EDWARDS, His Guardian ad Litem, et al., Respondents, *v.* LEON P. BEREANO et al., Defendants, and SOCONY-VACUUM OIL COMPANY, INCORPORATED, Appellant.

Argued November 29, 1944; decided December 30, 1944.

*Archie O. Dawson, Herbert C. Smyth, Jr.,* and *John J. Manning* for appellant.

*Edmond B. Butler, Verne R. Foley, John W. Simpson, 2nd.* and *Raymond D. O'Connell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., LEWIS and THACHER, JJ.